IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY D. BRACKER, | ) | 8:05CV143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | |
| L.L.C., AND PRA III, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Stipulation for Dismissal Without Prejudice (filing 14) and Fed. R. Civ. P. 41, this action is dismissed without prejudice, each party to pay its costs expended herein.

DATED this 2nd day of June, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge